**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOHN MAHONEY, on behalf of himself and all others similarly situated<br><br>vs.<br><br>FOOT LOCKER STORES, INC. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION NO. 2:23-cv-01617 |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) Of the Federal Rules of Civil Procedure, the parties, by and through their respective counsel, hereby stipulate and agree to the dismissal with prejudice of Plaintiff's Complaint and all claims pled therein, with each party to bear its own costs.

Dated: November 3, 2023.

*/s/ Erin L. Leffler*
Erin (Loucks) Leffler (PA ID No. 204507)
Shook, Hardy & Bacon L.L.P.
Two Commerce Square
2001 Market Street, Suite 3000
Philadelphia, PA 19103
Tel: (215) 278-2555
Fax: (215) 278-2594
eleffler@shb.com

***Counsel for Foot Locker Stores, Inc.***

*/s/ David S. Glanzberg*
David S. Glanzberg *(signed with express permission)*
123 South Broad Street, Suite 1640
Philadelphia, PA 19109
Tel: (215) 981-5400
David.glanzberg@gtlawpc.com

***Counsel for Plaintiff***